[No. 21244-7-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CARY L. SWOFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-01667-1, Richard A. Strophy, J., entered October 10, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21357-5-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R. JACKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03976-8, Thomas R. Sauriol, J., entered November 7, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 21615-9-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL RAYMOND BITZER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02245-6, Marywave Van Deren, J., entered February 3, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 37829-5-I.    Division One.    January 12, 1998.]

RONALD CORCORAN, *Respondent*, v. WESTINGHOUSE ELECTRIC CORPORATION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-13671-4, Steven G. Scott, J., entered November 15, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.